UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CHRISO'S TREE TRIMMING, a California corporation,<br><br>Defendant. | CASE NO.: 2:18-cv-00929-AB (RAOx)<br><br>**ORDER FOR DEFENDANT AND AIDE DEL VILLAR TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILURE TO COMPLY WITH ORDER TO PRODUCE RECORDS** |

Upon motion by the plaintiff, Construction Laborers Trust Funds for Southern California Administrative Company ("ADMINCO"), the Court entered an interlocutory order on February 26, 2019 for the defendant, Chriso's Tree Trimming ("EMPLOYER"), and its managing officers, managing employees, agents and successors, as well as all those in active concert or participation with any one or more of them, to produce the EMPLOYER's records to ADMINCO for audit in order for ADMINCO to determine the full amount due by the EMPLOYER for a motion for, and entry of, judgment by default in favor of ADMINCO against the EMPLOYER ("Audit Order"). *See* Dkt. No. 36 (Audit Order).

1

ADMINCO filed an Application for an Order for the EMPLOYER and Aide Del Villar (*also known as* Aide Luz Del Villar ("Ms. Del Villar"), who is documented by ADMINCO in documents filed with, and in support of, its application to be the EMPLOYER's agent for service of process, chief executive officer, secretary, chief financial officer, sole director, registered managing officer and president) to show cause why they should not be adjudged in civil contempt for failing and refusing to obey the Audit Order. *See* Appl. for OSC re: Contempt (Dkt. Nos. 40-45).

The Court set a hearing on this OSC re: Contempt for August 30, 2019. Neither Ms. Del Villar nor anyone else appeared for EMPLOYER at the hearing. ADMINCO appeared and represented that although EMPLOYER did produce some documents, EMPLOYER has not fully complied with the Court-ordered audit. ADMINCO's counsel also stated that, as far as he knows, EMPLOYER is still in business.

A party's failure to a comply with a Court order or a party's failure to appear at a contempt hearing typically results in a finding of contempt and the imposition of daily monetary sanctions. However, out of an abundance of caution, the Court will extend the deadline for compliance and the contempt hearing to give EMPLOYER and Ms. Del Villar one more opportunity to comply with the Audit Order. Having reviewed ADMINCO's application and documents filed in support thereof, and good cause appearing therefore:

**IT IS HEREBY ORDERED THAT:**

1. Aide Del Villar is ordered to appear before the above-entitled Court on **October 4, 2019, at 10:00 a.m.**, in Courtroom 7B of the United States District Courthouse, located at 350 West First Street, Los Angeles, California 90012, and show cause, if any, why an order should not be entered finding her and Chriso's Tree Trimming to be in contempt of court for failing and refusing to obey the Audit Order.

2. Service of a copy of this order shall, within one week of its entry, be effectuated by ADMINCO by mail to Aide Del Villar at the three street addresses and

two email addresses identified in paragraphs 6 and 7 of the declaration of Peter A. Hutchinson filed by ADMINCO in support of its application for issuance of this order.

3. If Aide Del Villar or Chriso's Tree Trimming complies with the Audit Order by October 2, 2019, Plaintiff shall immediately inform the Court and the Court will vacate the Order to Show Cause.

4. If Aide Del Villar or Chriso's Tree Trimming fail to comply with the Audit Order or to appear at the October 4, 2019 contempt hearing, the Court may find them in contempt of court and impose sanctions including monetary sanctions of $100 per day until they comply with the Audit Order. Thus, sanctions would be imposed for each day Aide Del Villar or Chriso's Tree Trimming do not comply with the order until they do comply. The Court **URGES** Aide Del Villar or Chriso's Tree Trimming to fully comply with the Audit Order as soon as possible and thus avoid contempt and ongoing monetary sanctions.

Dated: September 05, 2019

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE