UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CHRISO'S TREE TRIMMING, a California corporation,<br><br>Defendant. | CASE NO.: 2:18-cv-00929-AB (RAOx)<br><br>**[PROPOSED] ORDER FOR DEFENDANT AND AIDE DEL VILLAR TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILURE TO COMPLY WITH ORDER TO PRODUCE RECORDS** |

The defendant ("EMPLOYER") is in default. [*See* Court Document 28 (default by clerk).] On February 26, 2019, the Court, upon a motion by the plaintiff ("ADMINCO"), issued an interlocutory order for accounting ordering the EMPLOYER to submit to, and fully cooperate with respect to, an audit by ADMINCO in order for ADMINCO to determine the total due by the EMPLOYER to the employee benefit plans on whose behalf ADMINCO brought this action, in order for ADMINCO to liquidated its damages for a motion for default judgment

1

| | |
|---|---|
| 1 | ("Audit Order"). [*See* <u>Court Document</u> 36 (Audit Order).] Upon application by |
| 2 | ADMINCO, the Court issued an order for an officer of the EMPLOYER, Aide Del |
| 3 | Villar, to appear on August 30, 2019 to show cause why she and the EMPLOYER |
| 4 | should not be held in contempt of court for failure to comply with the Audit Order |
| 5 | ("Order to Show Cause"). [*See* <u>Court Document</u> 46 (Order to Show Cause).] Ms. |
| 6 | Del Villar did not appear at the August 30, 2019 Order to Show Cause hearing. [*See* |
| 7 | <u>Court Document</u> 48 (minutes).] The Court subsequently issued an order for Ms. Del |
| 8 | Villar to appear on October 4, 2019 to show cause why she and the EMPLOYER |
| 9 | should not be held in contempt of court for failure to comply with the Audit Order |
| 10 | ("Second Order to Show Cause"). [*See* <u>Court Document</u> 49 (Second Order to Show |
| 11 | Cause).] |

At the hearing on the Second Order to Show Cause, the Court ordered Ms. Del Villar to produce specific categories of records within one week (by October 11, 2019) and for ADMINCO to file a status report regarding the progress of this case within 14 days (by October 18, 2019). Following a status report filed by ADMINCO on October 18, 2019, the Court ordered that ADMINCO by no later than November 12, 2019 either: (a) submit a motion for judgment by default or other documents that would result in a final disposition of this lawsuit; or (b) update its report regarding the status of the audit and attempts to reach an informal resolution of the lawsuit with the Defendant.

On November 12, 2019, ADMINCO filed a status report and request for an order for Ms. Del Villar to appear again to show cause why she and the EMPLOYER should not be held in contempt of court for failure to comply with the Audit Order. [*See* <u>Court Documents</u> 54 (status report and application requesting hearing), 55 (declaration in support of application).] Having reviewed ADMINCO's application and the documents filed in support thereof, and good cause appearing therefore:

///

///

2

**IT IS HEREBY ORDERED THAT:**

1. Aide Del Villar is ordered to appear before the above-entitled Court on **JANUARY 17, 2020, at 10:00 a.m.**, in Courtroom 7B of the United States District Courthouse, located at 350 West First Street, Los Angeles, California 90012, and show cause, if any, why an order should not be entered finding her and Chriso's Tree Trimming to be in contempt of court for failing and refusing to obey the Audit Order.

2. Service of a copy of this order shall, within one week of its entry, be effectuated by ADMINCO by mail to Aide Del Villar at the three street addresses two email addresses identified in paragraphs 6 and 7 of Court document 45, the declaration of Peter A. Hutchinson filed by ADMINCO in support of its original application for issuance of an order for Ms. Del Villar to appear and show cause, if any, why an order should not be entered finding her and Chriso's Tree Trimming to be in contempt of court for failing and refusing to obey the Audit Order.

Dated: November 26, 2019

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE